STATE OF NEW JERSEY, DEFENDANT IN ERROR. v. DONALD R. McCORMACK, PLAINTIFF IN ERROR.

Argued November 18, 1919—Decided March 1, 1920.

On error to the Supreme Court, whose opinion is reported in 93 *N. J. L.* 287.

For the defendant in error, *Eugene Cole.*

For the plaintiff in error, *Clarence L. Goldenberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 11.

*For reversal*—None.